

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JAN 2 2 2018

Nathan, A.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

VINCENT POTTER,

          Plaintiff,

      v.

U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, THE UNITED STATES OF AMERICA, and CALLEN-LORDE COMMUNITY HEALTH CENTER,

          Defendants.

17 Civ. 4141 (AJN)

**STIPULATION**

    IT IS STIPULATED AND AGREED, by and between counsel for Plaintiff Vincent Potter and counsel for Defendants United States of America, U.S. Department of Health and Human Services ("HHS"), and Callen-Lorde Community Health Center ("Callen-Lorde") (collectively, "Defendants"), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that:

    1.    For the period of time relevant to this litigation, Callen-Lorde was deemed to be a part of the Public Health Service.

    2.    The Federal Tort Claims Act ("FTCA"), 28 U.S.C. §§ 1346(b), 1402(b), 2401(b), and 2671-80, provides that the exclusive remedy with respect to Plaintiff's claims is a suit against the United States. *See* 42 U.S.C. § 233(a); *Cuoco v. Moritsugu*, 222 F.3d 99, 107 (2d Cir. 2000).

    3.    Defendants HHS and Callen-Lorde are hereby dismissed from this action without prejudice.

4. The caption of the instant action is hereby amended as follows:

```
-----------------------------------------------------------------X
VINCENT POTTER,                         :
                                        :
                    Plaintiff,          :
        v.                              :
                                        :
UNITED STATES OF AMERICA,               :
                                        :
                    Defendant.          :
                                        :
-----------------------------------------------------------------X
```

5. Facsimiles of signatures shall constitute acceptable, binding signatures for purposes of this stipulation.

Dated: January 19, 2018           Dated: January 22, 2018
       New York, New York                New York, New York

   VANDAMME LAW FIRM, P.C.           GEOFFREY S. BERMAN
   *Attorney for Plaintiff*          United States Attorney
                                     *Attorney for Defendants*

By: *Hendrick Vandamme*          By: _____
    HENDRICK VANDAMME                 JENNIFER JUDE
    46 Trinity Place, 3rd Floor       Assistant United States Attorney
    New York, New York 10006          86 Chambers Street, 3rd Floor
                                      New York, New York 10007


So Ordered:

_____
HON. ALISON J. NATHAN
U.S. District Court Judge

1/22/18