**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
Vincent Potter,

                Plaintiff,                      17 **CIVIL** 4141 (AJN)

      -against-                        **JUDGMENT**

United States of America,

                Defendant.
-------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated May 30, 2020, the Government's motion for summary judgment is granted; accordingly, this case is closed.

**Dated:**  New York, New York
          May 30, 2020

                                                             **RUBY J. KRAJICK**
                                                            _____
                                                              **Clerk of Court**
                                            **BY:**
                                                                **Deputy Clerk**